IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM HADLEY, et al.,

    Plaintiffs,

  v.

BANK OF AMERICA, N.A., et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-1522-TWT

**ORDER**

    This is a pro se wrongful foreclosure action. It is before the Court on the Report and Recommendation [Doc. 23] of the Magistrate Judge recommending denying the Defendants' Motions to Dismiss [Doc. 3 & 5] the Original Complaint as moot and granting the Defendants' Motions to Dismiss [Doc. 9, 12 & 18] the Original Complaint in part. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motions to Dismiss [Doc. 3 & 5] the Original Complaint are DENIED as moot. The Defendants' Motions to Dismiss [Doc. 9, 12 & 18] the Original Complaint are GRANTED in part in that the Amended Complaint is DISMISSED without prejudice with right to replead.

SO ORDERED, this 29 day of January, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge