IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM HADLEY, et al.,

    Plaintiffs,

  v.

    CIVIL ACTION FILE
    NO. 1:17-CV-1522-TWT

BANK OF AMERICA, N.A., et al.,

    Defendants.

**ORDER**

This is a pro se wrongful foreclosure action. It is before the Court on the Report and Recommendation [Doc. 39] of the Magistrate Judge recommending that the Motion to Dismiss [Doc. 30] of the Defendants Selene Finance L.P. and US Bank N.A. be granted in part and denied in part; that the Motion to Dismiss [Doc. 31] of the Defendant McCalla Raymer Leibert Pierce, LLC. be granted; and that the Motion to Dismiss [Doc. 32] of the Defendants Bank of America Merrill Lynch Asset Holdings, Inc. and Bank of America, N.A. be granted in part and denied in part. The only objections to the Report and Recommendation are the Plaintiffs' Objections to granting the Motion to Dismiss of McCalla Raymer. For the reasons set forth in the Defendant's Response, the Court should not consider the additional documentation

attached to the Plaintiffs' Objections. In any event, the Magistrate Judge correctly held that the Plaintiffs have failed to allege facts showing that the Defendant knowingly published untrue and derogatory information concerning the Plaintiffs' financial condition. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motion to Dismiss [Doc. 30] of the Defendants Selene Finance L.P. and US Bank N.A. is GRANTED in part and DENIED in part. The Motion to Dismiss [Doc. 31] of the Defendant McCalla Raymer Leibert Pierce, LLC. is GRANTED. The Motion to Dismiss [Doc. 32] of the Defendants Bank of America Merrill Lynch Asset Holdings, Inc. and Bank of America, N.A. is GRANTED in part and DENIED in part.

SO ORDERED, this 25 day of September, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge